UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY JOSEPH,

                Plaintiff,

      -against-

ELI LILLY & COMPANY,

                Defendant.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  11/25/2025 |

25 Civ. 5421 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court's Initial Pretrial Scheduling Order directed the parties to submit a proposed civil case management plan and scheduling order by November 24, 2025.  *See* ECF No. 8 at 2.  The Order further directed the parties to use this Court's form Proposed Civil Case Management Plan and Scheduling Order, available at https://nysd.uscourts.gov/hon-analisa-torres.  *Id.*  The parties' proposed case management plan filed November 24, 2025, ECF No. 28, does not use the Court's form.  Accordingly, by **December 15, 2025**, the parties shall submit a proposed case management plan using the Court's form order as provided above.

       SO ORDERED.

Dated: November 25, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge