UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

TRACY JOSEPH,                                          :
                                                       :
                              Plaintiff,               :          25-CV-5421 (AT) (RWL)
                                                       :
          - against -                                  :
                                                       :          **ORDER**
ELI LILLY & COMPANY,                                   :
                                                       :
                              Defendant.               :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held via Microsoft Teams on May 19, 2026, the Court resolved the parties' discovery disputes raised at Dkt. 38 as follows:

1.     In addition to the five custodians already included as Defendant custodians of documents to be collected and produced, the following individuals shall also be included as custodians:  Daoud, Kohn, Nasilowski, and Lavian.  The request to include Rose as a custodian is denied.

2.     Plaintiff's request that Defendant search the personal electronic devices of its custodians is denied without prejudice to a future application in the event that Plaintiff can show that custodians used their personal devices for relevant communications and, to the extent Plaintiff seeks this discovery from Defendant rather than by subpoena to the employees as individuals, there is a legal basis to conclude that Defendant has custody and control over those custodians' personal electronic devices, notwithstanding company policy.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 38.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 19, 2026
          New York, New York

Copies transmitted this date to all counsel of record.