UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY JOSEPH,

                    Plaintiffs,

        -against-

ELI LILLY & COMPANY,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/11/2026

25 Civ. 5421 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Because fact discovery is ongoing, *see* ECF No. 41, the case management conference currently scheduled for June 15, 2026 is ADJOURNED to **August 10, 2026** at **10:00 a.m.**  By **August 3, 2026**, the parties shall file a status update in accordance with paragraph 16 of the case management plan.  *See* ECF No. 31.

        SO ORDERED.

Dated:  June 11, 2026
        New York, New York

_____
        ANALISA TORRES
        United States District Judge