USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY JOSEPH,

Plaintiff,

-against-

ELI LILLY & COMPANY,

Defendant.

25 Civ. 5421 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated September 2, 2026, the Honorable Robert W. Lehrburger extended the fact discovery deadline to November 24, 2026, and scheduled a case management conference for December 14, 2026. *See* ECF No. 56. Accordingly, the case management conference before the undersigned, currently scheduled for October 13, 2026, is ADJOURNED *sine die*.

SO ORDERED.

Dated: October 7, 2026
New York, New York

ANALISA TORRES
United States District Judge