USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 11/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRACY JOSEPH,

Plaintiff,

-against-

ELI LILLY & COMPANY,

Defendant.

25 Civ. 5421 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court approves Defendant's stipulation. *See* ECF No. 64. The Clerk of Court is respectfully direct to terminate attorneys Jill S. Vorobiev and Abigail V. Greene from the docket.

SO ORDERED.

Dated: November 19, 2026
New York, New York

ANALISA TORRES
United States District Judge